11091661
$54.22
4-14-11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:

UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 54.22
CHECK # 15480 FOR $ 54.22
Representing unclaimed funds.

DATED: 4-13-2011

ALBERT J. MOGAVERO
TRUSTEE



| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 153758 | SCHAAB | 0593165 | 4.65 | JAMES & CAROLYN SCHAAB | 291 MCKINLEY AVENUE | | AMHERST NY | 14221 |
| 153759 | DIANA | 0593623 | 5.00 | PAMELA J DIANA | 253 GREENE STREET | | BUFFALO NY | 14206 |
| 153767 | BAIN | 0601753 | 2.49 | JOSEPH I BAIN | 497 HEWITT AVENUE | | BUFFALO NY | 14215 |
| 153781 | WINN | 0700320 | 5.00 | LEONORA P WINN | P.O. BOX 82 | | NIAGARA FALLS NY | 143050082 |
| 153804 | TYCHULSKI | 0813774 | 5.00 | PAUL J TYCHULSKI | 115 MONTROSE AVENUE | | BUFFALO NY | 14214 |
| 153808 | PIERCE | 0911886 | 13.13 | DOUGLAS L PIERCE | 7508 MARCHLAND LANE #811 | | CHARLOTTE NC | 282624037 |
| 153809 | WATTIE | 0912207 | 3.93 | RONALD & CHRISTINE WATTIE | 6587 REVERE DRIVE | | DERBY NY | 14047 |
| 153811 | MESLER | 0912546 | 5.02 | LISA M MESLER | 167 ORCHARD PL. #4 | | LACKAWANNA NY | 14218 |
| 153813 | WINEGAR | 0913174 | 5.00 | ROBERT & CHERYL WINEGAR | 2247 HARBOR RUN LANE | | LAKE VIEW NY | 140859676 |
| 153817 | MARTIN | 0914960 | 5.00 | ANTONE MARTIN | 684 WALDEN AVENUE | | BUFFALO NY | 14211 |
| | | | $54.22 | | | | | |